UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:04-CR-00136-BR-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| WILLIAM FRANCIS POWELL MELDEN | |

This matter comes before the court on defendant's unopposed Motion to Terminate Sex-Offender Registration. Upon finding that defendant is a Tier I sex offender and that he meets the criteria set forth in 34 U.S.C. § 20915(b)(1), the Court hereby GRANTS the motion and defendant's registration period is hereby TERMINATED.

This 1 March 2018.

_____
W. Earl Britt
Senior U.S. District Judge